William Charles Tharp, ISB #3499
E-mail: *btharp@greenerlaw.com*
GREENER BURKE SHOEMAKER P.A.
950 W. Bannock Street, Suite 900
Boise, ID 83702
Telephone: 208.319.2600
Fax: 208.319.2601

Thomas V. Dulcich, *anticipated pro hac vice* (OSB #802105; WSBA #13807)
Email: *tdulcich@schwabe.com*
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900
Of Attorneys for Defendant,
Society of Jesus, Oregon Province

  Of Attorneys for Defendant,
  Society of Jesus, Oregon Province

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| MIA SONNECK, ALBERTA SENA, and DOROTHEA SKALICKY,<br><br>  Plaintiffs,<br><br>vs.<br><br>SOCIETY OF JESUS, OREGON PROVINCE; ROMAN CATHOLIC DIOCESE OF BOISE a/k/a THE CATHOLIC BISHOP OF BOISE, IDAHO,<br><br>  Defendants. | No. _____<br><br>Nez Perce County Court Case No. CV09-00156<br><br>**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. 1452 AND BR 9027** |
|---|---|

Defendant Society of Jesus, Oregon Province ("Debtor"), hereby removes the above-captioned action to this court, based on the following facts:

///

Page 1 - NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. 1452 AND BR 9027  18986-002 (#274330)

1.  On February 17, 2009 (the "Petition Date"), Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. sections 101 *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Oregon, Portland Division. Debtor's Chapter 11 case is being administered under Case No. 09 30938-ELP. The assigned Judge is the Honorable Elizabeth L. Perris.

2.  The above referenced state action was commenced prior to the Petition Date by the filing of a complaint in the Nez Perce County Court, State of Idaho.

3.  The claims raised in this case may be removed to this Court. Removal is proper because: (a) the claims are asserted in a civil action; (b) the claims are not exempt from removal; and (c) this Court has subject matter jurisdiction over the removed claims pursuant to 28 U.S.C. sections 1441, 1452 and 1334. These claims raise federal questions and are related to Debtor's bankruptcy proceeding. *See Calumet National Bank v. Levine*, 179 B.R. 117, 120 (N.D. Ind. 1995) (stating that "related to" jurisdiction includes tort claims that "might result in a substantial judgment against [the debtor] and, in turn, a claim against the bankruptcy estate").

4.  Pursuant to 28 U.S.C. section 1452 removal to this court is proper because it is the "the district court for the district where [plaintiffs'] civil action is pending." 28 U.S.C. § 1452.

5.  Removal is timely pursuant to BR 9027(a)(2) because the claims were pending before the Petition Date and this Notice has been filed within 90 days of the Order for Relief from the Bankruptcy Court.

6.  Consent of co-defendants, if any, is not necessary for removal under 28 U.S.C. Section 1452. *See Cal. Pub. Empl. Ret. Sys. V. Worldcom, Inc.*, 368 F.3d 86 (2d Cir. 2004).

///

7.  Upon removal, all proceedings with respect to the removed claims and causes of action are core proceedings, except the liquidation or estimation of contingent or unliquidated personal injury tort claims against the bankruptcy estate for purposes of distribution in the Bankruptcy Case. 28 USC § 157(b)(2)(B). As to any non-core proceedings concerning such claims, Debtor consents to entry of final orders or judgment by the bankruptcy judge, but only if the case is transferred to the United States District Court or the United States Bankruptcy Court for the District of Oregon.

8.  Pursuant to BR 9027(a)(1), this Notice is accompanied by copies of all process and pleadings filed in the state court action.

Pursuant to BR 9027(b), a copy of this Notice is being served on counsel of record for all parties.

Dated this 27th day of February, 2009.

Respectfully submitted,

GREENER BURKE SHOEMAKER P.A.

By: _____
William Charles Tharp, ISB #3499
Telephone: 208.319.2600

Thomas V. Dulcich, OSB #802105, WSBA #13807, *anticipated pro hac vice*
SCHWABE, WILLIAMSON & WYATT, P.C.
Telephone: 503.222.9981

Of Attorneys for Defendant,
Society of Jesus, Oregon Province

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February, 2009, I served the foregoing **NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. 1452 AND BR 9027**, on the following parties at the following addresses:

Leander L. James
James, Vernon & Weeks, P.A.
1626 Lincoln Way
Coeur d'Alene, ID 83814
Telephone: 208-667-0683
Fax: 208-664-1684
E-mail: ljames@jvwlaw.net
   Attorneys for Plaintiffs

Andrew Chasan
Timothy Walton
Chasan & Walton, L.L.C.
1459 Tyrell Lane
Boise, ID 83701
Telephone: 208-345-3760
Fax: 208-345-0288
E-mail: andrew.chasan@chasanwalton.com
E-mail: tim.walton@chasanwalton.com
   Attorneys for Plaintiffs

Mike Pfau
Pfau Cochran Vertetis Kosnoff, PLLC
701 Fifth Ave., Suite 4750
Seattle, WA 98104
Telephone: 206-462-4334
Fax: 206-623-3624
E-mail: michael@pcvklaw.com
   Attorneys for Plaintiffs

Tim Kosnoff
Pfau Cochran Vertetis Kosnoff, PLLC
701 Fifth Ave., Suite 4750
Seattle, WA 98104
Telephone: 206-462-4334
Fax: 206-623-3624
E-mail: tim@pcvklaw.com
   Attorneys for Plaintiffs

Stanley W. Welsh
Thomas G. Walker
Mackenzie Whatcott
Cosho Humphrey, LLP
800 Park Blvd., Suite 790
Boise, ID 83707-9518
Telephone: 208-639-5607
Fax: 208-639-5609
E-mail: mwhatcott@cosholaw.com
  Attorneys for Defendant Roman Catholic Diocese of Boise

by ECF.

*/s/ William Charles Tharp*
William Charles Tharp